UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-396 (RCL) |
| | : | |
| V. | : | |
| | : | |
| CHRISTOPHER HARRISON | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO LATE FILE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to permit the late filing of the Government's Opposition to Defendant's Motion to Suppress. In support of this motion, the government submits the following:

1. On December 21, 2005, defendant filed a Motion to Suppress Physical Evidence. The undersigned Assistant United States Attorney was out of the jurisdiction from December 21, 2005, until December 29, 2005, and was at a professional training from January 8, 2006, until January 12, 2006. As such, the Government's Opposition to Defendant's Motion to Suppress was not timely filed.

2. There is no prejudice to the defendant, as the government's response does not contain any new factual allegations.

3. Defense counsel has indicated that he has no objection to the late filing of this motion.

      WHEREFORE, for the reasons stated above, the United States respectfully requests that the government's motion for leave to late file be granted.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN.
                              United States Attorney
                              Bar No. 451058

                              _____

                              Catherine K. Connelly
                              Assistant United States Attorney
                              Mass. Bar No. 649430
                              555 4th Street, N.W. #4844
                              Washington, DC 20001
                              (202)616-3384; Fax: 353-9414

                              CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused a copy of the foregoing to be served on the attorney for the defendant, David Bos, this 13th day of January , 2006.

                              _____

                              Catherine Connelly
                              Assistant United States Attorney