UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-396 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **CHRISTOPHER HARRISON** | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion for Leave to Late File, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion be GRANTED.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Narcotics Section, Rm 4484
555 4th Street, N.W.
Washington, D.C. 20530

David Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004