UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal Action No. 05-396 (RCL) |
| ) | |
| **CHRISTOPHER HARRISON,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

Upon consideration of the Government's Unopposed Motion [10] to File Late and the record herein, it is hereby

ORDERED that the Government's Motion [10] to File Late is GRANTED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 13, 2006.