# EXHIBIT B

## **STATEMENT OF QUALIFICATIONS**

Matthew T. Collins, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives
Washington, D.C.

I, Matthew T. Collins, hereby declare and state:

1. For over eleven (11) years I have been employed as a Federal law enforcement officer. From 1994 to 2001 I was employed as a Deputy United States Marshal. Since January 2001, I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

2. I have a Bachelors of Science degree in Criminal Justice from Northeastern University in Boston, Massachusetts. I also have a Masters of Public Administration Degree from California State University, Long Beach.

3. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, and conferring with other experts. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

4. That during the course of my duties, I have examined hundreds of firearms and hundreds of rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to Federal Firearms laws.

5. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

6. That I have had numerous contacts with firearms dealers and manufacturers who are Federal firearms licensees, regarding firearms transfers, acquisition, disposition, compliance, and criminal enforcement matters and continue to do so as part of my duties.

Page 2

7. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

   - **Criminal Investigator School, Federal Law Enforcement Training Center, Glynco, Georgia**
   - **Deputy U.S. Marshal Basic Academy, Federal Law Enforcement Training Center, Glynco, Georgia**
   - **Special Weapons and Tactics (SWAT) Training, Los Angeles County Sheriffs, Los Angeles, California**
   - **Advanced Deputy US Marshals School, Federal Law Enforcement Training Center, Glynco, Georgia**
   - **New Professional Training, ATF National Academy, Glynco, Georgia**
   - **Firearms Interstate Nexus Training, ATF Tracing Center, Martinsburg, West Virginia**

8. During the training at the Firearms Interstate Nexus Training Course in Martinsburg, WV, I personally examined numerous weapons located in the ATF Firearms Technology Branch's Reference Collection, which includes approximately 5,000 firearms.

9. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as, common firearms proof marks utilized by numerous foreign countries.

10. That I have previously qualified as an Interstate Nexus Expert in U.S. District Court for the District of Columbia.

11. That I have had a personal interest in the history, collection, nomenclature, and professional use of firearms and ammunition. I have also accumulated an assortment of reference materials concerning firearms and ammunition such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms and, Blue Book of Gun Values, Guns and Ammo, and Cartridges of the World* in order to remain familiar with firearms and firearm trends.

                                                              _____
                                                              Special Agent Matthew T. Collins