## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Criminal No. 05-396 (RCL)** |
| **CHRISTOPHER HARRISON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### DEFENDANT'S PROPOSED JURY INSTRUCTIONS

The Defendant, Christopher Harrison, through undersigned counsel, respectfully requests

that the following Jury Instructions from the <u>Criminal Jury Instructions for the District of</u>

<u>Columbia</u>, "Red Book" be given at the conclusion of the trial in this case:

<u>General Instructions</u>

2.01        Function of the Court

2.02        Function of the Jury

2.03        Jury's Recollection Controls

2.04        Evidence in the Case

2.05        Statements of Counsel

2.06        Indictment is not Evidence

2.07        Inadmissible of Stricken Evidence

2.08        Burden of Proof – Presumption of Innocence

2.09        Reasonable Doubt

2.10          Direct and Circumstantial Evidence

2.11          Credibility of Witnesses

2.13          Number of Witnesses

2.14          Nature of the Charges not to be Considered

2.26          Police Officer's Testimony

2.28          Defendant as Witness

2.41          Missing Evidence

2.71          Election of a Forperson

2.72          Unanimity

2.73          Exhibits During Deliberations

2.74          Possible Punishment Not Relevant

2.75          Communications Between Court and Jury

2.76          Furnishing Jury With Copy of Instructions

<u>Definitions and Proof</u>

3.01          Intent

3.02          Proof of State of Mind

3.08          Possession


<u>Offenses</u>

4.79          Possession of  Firearm by a Convicted Felon

Supp.         Defendant's Theory of the Case
              (To be submitted at the close of the case)

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


/s/

_____
 DAVID W. BOS.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500


## CERTIFICATE OF SERVICE

I, David W. Bos, Assistant Federal Public Defender, hereby certify that I have served a copy of the attached Defendant's Proposed Jury Instructions upon Katherine Connelly, Esquire, Assistant United States Attorney.


/s/

_____
           DAVID W. BOS
           Assistant Federal Public Defender

3