IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Cr. No. 05-396 (RCL) |
| | : |
| CHRISTOPHER G. HARRISON, | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF CHANGE IN COUNSEL FROM THE OFFICE OF THE
FEDERAL PUBLIC DEFENDER FOR DEFENDANT**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Rita Bosworth has assumed responsibility for the defense of Christopher G. Harrison in the above-captioned case. Mr. Harrison's case had previously been assigned to Assistant Federal Public Defender David Bos.

Respectfully submitted,

_____/s/_____
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500