UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

US

vs.

Harrison

) Civil/Criminal No. 05-396.

NOTE FROM JURY

Request to see the gun

Date: 3/3/06

Time: 2:20

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US
vs.
Harrison

Civil/Criminal No. 05-396

FILED
MAR 3 2006

NOTE FROM JURY   NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Request the forms Lydell filled out or others

To The Jury:
All the forms received in evidence have been sent back.

Royce C. Lamberth
U.S.D.J.   3:15 p.m.

Date: 3/3/06
Time: 3/05/06

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US
vs.
Harrison

Civil/Criminal No. 05-396 (RCL)

FILED

MAR 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

The jury would like to request the written testimony, the police reports shown to D. Ofs LYTLE AND BROWN c̄ this criminal complaint against Harrison as well as PD 163, PD 313

Date: 3/3/06

Time: 5:02 pm

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Criminal Action No. 05-396 (RCL) |
| ) | |
| CHRISTOPHER HARRISON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

FILED

MAR 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE TO JURY

In response to your last note on Friday afternoon, the trial transcript of the testimony you requested is not available. The other items you seek were not admitted into evidence and cannot be provided.

Date: 3/6/06
9:30 a.m.

Royce C. Lamberth
United State District Judge