UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br> CHRISTOPHER HARRISON, )<br>  )<br>    Defendant. )<br>_____ ) | Criminal Action No. 05-396 (RCL)<br><br>FILED<br>MAR 6 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### VERDICT FORM

We the jury, in the above-captioned case find the Defendant, Christopher Harrison


GUILTY _____          NOT GUILTY ___X_____

                                              12:05 PM

                                    _____

                                    FOREPERSON'S JURY NUMBER