AO 245A (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

FILED

MAR 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

CHRISTOPHER C. HARRISON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR05-396-RCL

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Royce C. Lamberth,          U.S. District Judge
Name of Judge               Title of Judge

3/6/2006
Date